```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 20131
   MARIA A REED
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-5673


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/30/2007 and was confirmed 01/22/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.15%.

     The case was converted to chapter 7 after confirmation 06/26/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
MONTEREY FINANCIAL         SECURED             500.00          .00         75.00
MONTEREY FINANCIAL         UNSECURED          1065.50          .00           .00
ARONSON                    NOTICE ONLY     NOT FILED           .00           .00
ARONSON FURNITURE          NOTICE ONLY     NOT FILED           .00           .00
GMAC MORTGAGE              CURRENT MORTG        .00            .00      12117.02
RECEIVABLE MANAGEMENT IN   UNSECURED           400.00          .00           .00
AMERICAN FAMILY INSURANC   UNSECURED       NOT FILED           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED           416.37          .00           .00
AT&T                       NOTICE ONLY     NOT FILED           .00           .00
AT&T BROADBAND             NOTICE ONLY     NOT FILED           .00           .00
AT&T BROADBAND             NOTICE ONLY     NOT FILED           .00           .00
BALLYS TOTAL FITNESS       UNSECURED       NOT FILED           .00           .00
BUD S AMBULANCE SERVICE    UNSECURED       NOT FILED           .00           .00
BUD S AMBULANCE SERVICE    NOTICE ONLY     NOT FILED           .00           .00
BUD S AMBULANCE SERVICE    UNSECURED       NOT FILED           .00           .00
CINGULAR WIRELESS          UNSECURED       NOT FILED           .00           .00
CINGULAR                   NOTICE ONLY     NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED           .00           .00
COOK COUNTY 6TH MUNICIPA   UNSECURED       NOT FILED           .00           .00
DELL FINANCIAL SERVICES    UNSECURED          1996.74          .00           .00
DELL FINANCIAL SERVICES    NOTICE ONLY     NOT FILED           .00           .00
ACMC PHYSICIAN SERVICES    UNSECURED           330.10          .00           .00
GREGORY EMERGENCY PHYSIC   NOTICE ONLY     NOT FILED           .00           .00
GREGORY EMERGENCY PHYSIC   UNSECURED           251.00          .00           .00
GURNEE RADIOLOGY CENTER    UNSECURED       NOT FILED           .00           .00
GURNEE RADIOLOGY CENTER    NOTICE ONLY     NOT FILED           .00           .00
MCI COMMUNICATIONS         UNSECURED       NOT FILED           .00           .00
MCI COMMUNICATIONS         NOTICE ONLY     NOT FILED           .00           .00
MONTEREY FINANCIAL         UNSECURED       NOT FILED           .00           .00
NICOR GAS                  UNSECURED       NOT FILED           .00           .00
OAKLAWN RADIOLOGY          UNSECURED       NOT FILED           .00           .00
SBC ILLINOIS               UNSECURED       NOT FILED           .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 20131 MARIA A REED
```

```
SBC ILLINOIS                 NOTICE ONLY    NOT FILED             .00             .00
SULLIVAN COLLECTION SERV     UNSECURED      NOT FILED             .00             .00
SULLIVAN COLLECTION SERV     NOTICE ONLY    NOT FILED             .00             .00
US CELLULAR                  UNSECURED      NOT FILED             .00             .00
US CELLULAR                  NOTICE ONLY    NOT FILED             .00             .00
US CELLULAR                  UNSECURED         486.53             .00             .00
UIC DEPT OF DERMATOLOGY      UNSECURED      NOT FILED             .00             .00
UIC DEPT OF DERMATOLOGY      NOTICE ONLY    NOT FILED             .00             .00
UIC DEPT OF DERMATOLOGY      UNSECURED      NOT FILED             .00             .00
VILLAGE OF RIVERDALE         UNSECURED      NOT FILED             .00             .00
VILLAGE OF RIVERDALE         NOTICE ONLY    NOT FILED             .00             .00
WFS FINANCIAL                UNSECURED      NOT FILED             .00             .00
WFS FINANCIAL                UNSECURED      NOT FILED             .00             .00
GMAC MORTGAGE                MORTGAGE ARRE  15722.62              .00             .00
WACHOVIA DEALER SERVICES     UNSECURED       4714.81              .00             .00
PIERCE & ASSOC               NOTICE ONLY    NOT FILED             .00             .00
ADVOCATE CHRIST HOSPITAL     NOTICE ONLY    NOT FILED             .00             .00
ALESHA SCOTT                 NOTICE ONLY    NOT FILED             .00             .00
TIMOTHY K LIOU               DEBTOR ATTY      859.20                              .00
TOM VAUGHN                   TRUSTEE                                         1,058.78
DEBTOR REFUND                REFUND                                               .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                13,250.80

PRIORITY                                              .00
SECURED                                         12,192.02
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                             1,058.78
DEBTOR REFUND                                         .00
                       ---------------        ---------------
TOTALS                 13,250.80                13,250.80

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                    /s/ Tom Vaughn
    Dated: 09/08/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                        PAGE   2
          CASE NO. 07 B 20131 MARIA A REED